IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMETRIUS BLANKENSHIP,

   Plaintiff,

v.

   Case No. 17-cv-847-jdp

AMERICAN PHOENIX,

   Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/                                            3/14/2019
Peter Oppeneer, Clerk of Court             Date