APPEAL TO THE SEVENTH CIRCUIT FEDERAL
APPELLATE COURT
FROM
THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF WISCONSIN

*Demetrius Blankenship,*   Case Number 17 CV 847jdp

    *Plaintiff/Appellant,*   Judge, James D. Peterson Presiding

vs.

*American Phoenix*

    *Defendant/Appellee,*

## NOTICE OF APPEAL

*Plaintiff/Appellant Demetrius Blankenship appeals the June 12th, 2019, "Order granting Defendant Appellee American Phoenix, 800 Wisconsin Street Eau Claire, Wisconsin 54703 [715/831/0966] Motion for Summary Judgment and Judgment of Foreclosure and Sale.*

*Blankenship seeks a reversal or remand with instructions. This is a case sounding in allegations of a violation of Title VII Civil Rights Act of 1964.*

*Plaintiff Appellant Demetrius Blankenship*
*2908 Elmer Court # 29*
*Fall Creek, Wisconsin 54742*
*773/596/3913 Telephone*
*demetriusblankenship11@gmail.com*
*Attorney: Pro Se Litigant*

*Defendant Appellee American Phoenix*

*Appellee's Attorney Tony McGrath*
*Counsel for American Phoenix*
*1 South Pinckney Street, Suite 930*
*Madison, Wisconsin 53703*
*608/729/5598 Main*
*608/807/5277 Direct*
*608/395/8152 Mobile*
<u>*Tony McGrath@Jacksonlewis.com*</u>

**Respectfully Submitted,**

*Demetrius Blankenship*
*Demetrius Blankenship*
*2908 Elmer Court # 29*
*Fall Creek, Wisconsin 54742*
*773/596/3913 Telephone*
<u>*demetriusblankenship11@gmail.com*</u>